David W. Lively (State Bar No. 83642)  JS-6
dlively@hopkinscarley.com
Matthew P. James (State Bar No. 211860)
mjames@hopkinscarley.com
Jennifer S. Coleman (State Bar No. 213210)
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
INDEPENDENT ELECTRIC SUPPLY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF INDEPENDENT ELECTRIC SUPPLY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRONGHOLD ENGINEERING INCORPORATED, a California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  CV12-06532 PA (RZx) <br><br> **JUDGMENT PURSUANT TO OFFER OF JUDGMENT** |

Pursuant to the Offer of Judgment by Defendant Stronghold Engineering, Inc. dated February 22, 2013 and the Acceptance of Offer of Judgment by Independent Electric Supply, Inc. dated March 7, 2013, both of which are attached hereto as Exhibit A, IT IS HEREBY ADJUDGED that Judgment is entered in favor

1  of Plaintiff Independent Electric Supply, Inc. and against Stronghold Engineering
2  Incorporated in the amount of $50,000.
3      Pursuant to the terms of the Offer of Judgment, Plaintiff Independent Electric
4  Supply, Inc. is also entitled to all costs and reasonable attorney fees (as determined
5  by the Court) incurred through February 22, 2013, the date of the Offer of
6  Judgment.
7  IT IS SO ORDERED.
8  Dated: March 21, 2013

THE HONORABLE PERCY ANDERSON
United States District Court Judge

10  Approved as to form and content:
11  Dated: March 14, 2013         PAYNE & FEARS LLP

By: */s/ Daniel S. Rasmussen*
Daniel L. Rasmussen
Attorneys for Defendants
Stronghold Engineering Incorporated and
Safeco Insurance Company of America

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated: March 14, 2013         HOPKINS & CARLEY
A Law Corporation

By:  */s/ Matthew P. James*
David W. Lively
Matthew P. James
Attorneys for Plaintiff
Independent Electric Supply, Inc.